# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Harker v. Meta Platforms, Inc., et al.    Docket No.: 24-2555

Lead Counsel of Record (name/firm) or Pro se Party (name): Clark Lassiter Hildabrand / Cooper & Kirk, PLLC

Appearance for (party/designation): Plaintiff-Appellant / James Harker

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.   Please change the following parties' designations:
    Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Clark Lassiter Hildabrand
Firm: Cooper & Kirk, PLLC
Address: 1523 New Hampshire Ave., NW, Washington, DC 20036
Telephone: (202) 220-9600    Fax: (202) 220-9601
Email: childabrand@cooperkirk.com

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Clark Lassiter Hildabrand
Type or Print Name: Clark Lassiter Hildabrand
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.